YONKERS RAILROAD COMPANY, Appellant, *v.* HERALD
STATESMAN, INC., Respondent.

Argued January 18, 1937; decided March 9, 1937.

*Alfred T. Davison* and *Victor McQuistion* for appellant. *Joseph Reeback* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.